

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2014

No. 04-14-00494-CV

**UNITED PARCEL SERVICE, INC.** and Roland Leal,
Appellants

v.

Robert Scott **RANKIN**, Individually, Rachelle Rankin, Individually and as Next Friend for
Avery Rankin, Kara Rankin, and Samuel Rankin, Minors,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-07922
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

W. Randall Bassett's and Bradley W. Pratt's unopposed motions for admission *pro hac vice* and the motions in support of said motions are GRANTED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court